*Ralph Kalish* for petitioner. *Messrs. Samuel W. Fordyce, John A. Sibley,* and *Edwin W. Canada* for respondent.

Nos. 655 and 656. RADCLIFF GRAVEL CO., INC. ET AL. *v.* HENDERSON, DEPUTY COMMISSIONER, U. S. EMPLOYEES' COMPENSATION COMMISSION, ET AL. March 6, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Palmer Pillans* for petitioners. *Solicitor General Fahy, Assistant Attorney General Shca,* and *Messrs. Robert L. Stern* and *Melvin Richter* for Henderson.

No. 659. DE FREMERY & Co. *v.* UNITED STATES. March 6, 1944. Petition for writ of certiorari to the United States Court of Customs and Patent Appeals denied. *Mr. George R. Tuttle* for petitioner. *Solicitor General Fahy, Assistant Attorney General Rao,* and *Messrs. John R. Benney* and *Walter J. Cummings, Jr.* for the United States.

No. 665. MATTSON *v.* AMUSEMENT CORPORATION OF AMERICA. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Burton G. Henson* for petitioner. *Mr. Albert G. McCaleb* for respondent.

No. 668. ESENWEIN *v.* COMMONWEALTH EX REL. ESENWEIN. March 6, 1944. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Sidney J. Watts* for petitioner. *Mr. J. Thomas Hoffman*

for respondent.

No. 633. NORTH v. UNITED STATES. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Howard A. Newman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 597. McMURTRY v. UNITED STATES. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Dewey Wallace McMurtry, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for the United States.

No. 647. BOOTH v. STATE FARM MUTUAL AUTOMOBILE INSURANCE Co. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Morton L. Wallerstein* and *Philip Rosenfeld* for petitioner.

No. 667. KELLY v. DOWD, WARDEN. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 676. KELLY v. DOWD, WARDEN. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Ap-